UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7851 PA (JEMx) | Date | October 31, 2022 |
|---|---|---|---|
| Title | Christina Garcia et al., v. Aldi Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court has recently become aware of a prior action that appears to be related to this matter, <u>Jeree Gant v. ALDI, Inc. et al.</u>, Case No. 2:19-cv-03109-JAK-PLA. The prior action involved the same defendants and includes wage, rest break and wage statement claims that appear to overlap with the claims raised in this action.

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

Despite the apparent similarities between the two actions, which both involve wage and hour claims on behalf of a punitive class of Defendant's employees, neither party has filed a Notice of Related Case and Defendant's counsel checked the "No" box on the Civil Cover Sheet's question asking if this case is "related . . . to any civil or criminal case(s) previously filed in this Court?" The parties are therefore ordered to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3 indicating that this action is related to Case No. CV 2:19-cv-03109-JAK-PLA. The filing of a Notice of Related Case shall be deemed a sufficient response to this Order to Show Cause. The parties' responses to this Order to Show Cause ("Order") shall be filed no later than November 7, 2022.

IT IS SO ORDERED.